## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NINA ANDREWS, individually and on behalf of all others similarly situated, | : | CIVIL ACTION |
| Plaintiff | : | |
| vs | : | CASE NO. 09-1253 |
| ASTRA BUSINESS SERVICES, INC., CACV OF COLORADO, LLC and CACH, LLC Defendants | : : : | |

## CERTIFICATE OF SERVICE

I, BRENT F. VULLINGS, ESQUIRE, do hereby certify that I did mail a true and correct copy of the Summons in a Civil Action and the Civil Complaint via regular mail and certified mail, return receipt requested to Defendant, ASTRA BUSINESS SERVICES, INC. on 7/6/09. Said return receipt card was received and signed for by an agent of defendant, "T. Olson", on 7/10/09. Said return receipt card is attached hereto as Exhibit "A".

Date: July 13, 2009

/s/ *Brent F. Vullings*
Brent F. Vullings, Esq.
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA 19111
215-745-9800

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *T. Olsn* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): T. OLSON C. Date of Delivery: 7/8/09 |
| 1. Article Addressed to:<br>**Astra Business Services, Inc.**<br>**1038 Redwood Highway**<br>**Frontage Road, Building B**<br>**Mill CValley, CA 94941** | D. Is delivery address different from item 1? ☑ Yes ☐ No<br>If YES, enter delivery address below: |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7099 3400 0012 8373 6020 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-154