IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NINA ANDREWS, individually and on behalf of all others similarly situated, | : | CIVIL ACTION |
| Plaintiff | : | |
| vs | : | CASE NO. 09-1253 |
| ASTRA BUSINESS SERVICES, INC., CACV OF COLORADO, LLC and CACH, LLC Defendants | : : | |

### CERTIFICATE OF SERVICE

I, BRENT F. VULLINGS, ESQUIRE, do hereby certify that I did mail a true and correct copy of the Summons in a Civil Action and the Civil Complaint via regular mail and certified mail, return receipt requested to Defendant, CACV OF COLORADO, LLC. on 7/6/09. Said return receipt card was stamped received by defendant on 7/10/09. Said return receipt card is attached hereto as Exhibit "A".

Date: July 13, 2009

/s/ Brent F. Vullings
Brent F. Vullings, Esq.
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA  19111
215-745-9800

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  RECEIVED<br>X   JUL 10 2009    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Collect America, Ltd |
| 1. Article Addressed to:<br><br>CACV of Colorado, LLC<br>4340 South Monaco Street<br>Floor 2<br>Denver, CO 80237 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7099 3400 0012 8645 2842 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540